# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Jon Brian Wilson**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:19-cv-00636-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Van Walton | ) | |
| Tammy Johnson | | |
| Randy Schrader | | |
| Southern Industrial Constructors**,** | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 31, 2019 Order.

December 31, 2019

_____

Frank G. Johns, Clerk
United States District Court